JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTORS GUILD OF AMERICA, INC., <br><br> Petitioner, <br><br> v. <br><br> VOLTAGE PICTURES, LLC, and VOLTAGE PRODUCTIONS, LLC, <br><br> Respondents. | CV 20-4318 PA (PLAx) <br><br> JUDGMENT |

Pursuant to the Court's October 22, 2020 Minute Order granting the Motion to Compel Arbitration filed by defendant Directors Guild of America, Inc. ("Petitioner"), which ordered Voltage Pictures, LLC and Voltage Productions, LLC (collectively "Respondents") to arbitrate their dispute with Petitioner, and exercised the Court's discretion to dismiss this Petition to Compel Arbitration,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Respondents are ordered to proceed to arbitration over the subject grievance before Arbitrator Barry Winograd.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this action is dismissed.

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any Motion to
2 Determine Amount of Sanction shall be filed by no later than November 9, 2020.
3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner shall
4 have its costs of suit.

6 DATED: October 22, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE